UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOSE ALEJANDRO MONREAL,** | Case No. CV 15-5152-R (AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| **JERRY BROWN,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: February 2, 2016

_____
Manuel L. Real
United States District Judge